[No. 3196–9–III.   Division Three.   July 1, 1980.]

*In the Matter of the Marriage of* LINDA L. GARRETT, *Respondent, and* MERWIN T. GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 242588, William H. Williams, J., entered November 13, 1978. *Affirmed* by unpublished per curiam opinion.

[No. 2641–8–III.   Division Three.   July 1, 1980.]

CLIFFORD D. PETTEY, ET AL, *Appellants,* v. THE CITY OF SUNNYSIDE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 60497, Blaine Hopp, Jr., J., entered October 24, 1977. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3407–1–III.   Division Three.   July 3, 1980.]

JAMES S. GARRETT, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 248896, Richard P. Guy, J., entered April 9, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.